IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case: 1:16-cr-00135 |
| | Assigned To : Lamberth, Royce C. |
| | Assign. Date : 7/26/2016 |
| | Description: INFORMATION (A) |
| v. | 18 U.S.C. § 111 (a) & (b) |
| | (Resisting or Impeding Certain |
| | Officers with a Dangerous |
| | Weapon) |
| JESSE OLIVIERI, | |
| Defendant. | |

## INFORMATION

On or about May 20, 2016, in the area of the 1600 block of E Street, N.W., Washington, D.C., the defendant forcibly resisted and impeded two officers and an agent of the United States Secret Service; the defendant did so while the officers and agent were engaged in their official duties; and the defendant used a deadly or dangerous weapon, namely a silver Ruger, Mark 2 Target, .22 caliber semiautomatic handgun.

**(Impeding or Resisting Certain Officers or Employees, with a Dangerous Weapon, in violation of Title 18, United States Code, Section 111 (a) and (b).)**

Respectfully submitted,

CHANNING P. PHILLIPS
United States Attorney

By: *John Crabb / KK*

John Crabb Jr.
Assistant United States Attorney
National Security Section
N.Y. Bar No. 2367670
United States Attorney's Office
555 Fourth Street, N.W., 11th Floor
Washington, D.C. 20530
(202) 252-1794